No JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER D. BAGLEY, an individual; KYLE L. BAGLEY, an individual; and K.V.B., a minor, by and through her guardian ad litem KYLE L. BAGLEY,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MILLER & DESATNIK MANAGEMENT CO., INC., a California corporation; CHARLES A. DAILEY, an individual; CAROL P. DAILEY, an individual; and and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. CV 13-03784-MWF(JEMx)<br><br>**ORDER AND JUDGMENT GRANTING APPROVAL OF THE MINOR'S COMPROMISE AND AWARD OF ATTORNEYS' FEES** |

This Court, having considered the Motion for Approval of Minor K.V.B.'s Compromise (the "Motion"), filed by Kyle L. Bagley, guardian ad litem for minor Plaintiff K.V.B. on February 14, 2014 (Docket No. 33), and finding **GOOD**

1  **CAUSE** as set forth in the concurrent Order Granting Plaintiff's Motion for
2  Approval of Minors' Compromise,
3        **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:
4      1.    The Motion is **GRANTED**.
5      2.    The settlement of minor Plaintiff K.V.B in the total amount of
6  $1,500.00, is **APPROVED**.  Within twenty-one (21) days of the date this Order is
7  entered on the docket, Defendants, through counsel, shall prepare and deliver a
8  check for the settlement to settle the claims of Plaintiff K.V.B., payable as set forth
9  herein.
10     3.    The $1,500.00 total settlement for Plaintiff K.V.B shall be deposited
11 into an interest-bearing, federally insured, blocked account at Chase Bank located at
12 9801 West Washington Boulevard, Culver City, California, from which no
13 withdrawals shall be made without a court order until K.V.B. reaches the age of
14 majority; or in the alternative, the $1,500.00 total settlement for Plaintiff K.V.B.
15 shall be deposited into the client trust account of Hanger, Steinberg, Shapiro & Ash,
16 counsel for Petitioner and Claimant, with instructions to be transferred into a
17 blocked account of like kind.
18     4.    Within 72 hours of receipt of a check payable to the order of the
19 Petitioner as trustee for K.V.B., Petitioner must deposit the check in the blocked at
20 Chase Bank.
21     5.    Petitioner Kyle L. Bagley must deliver to the depository at the time of
22 deposit a copy of this Order and Judgment.
23     6.    The blocked account belongs to minor K.V.B.
24     7.    No withdrawals of principal or interest may be made from the blocked
25 accounts without a written order under this case name and number signed by a
26 judge, and bearing the seal of this Court, until the minor attains the age of 18 years.
27 When the minor attains the age of 18 years, the depository, without further order of
28 the Court, is authorized and directed to pay by check or draft directly to the former

1  minor, upon proper demand, all moneys including interest deposited under this
2  Order;
3      8.    Petitioner is authorized and directed to execute any and all documents
4  reasonably necessary to carry out the terms of the settlement.
5      9.    Bond is waived.
6      10.    As to the settlement of the claims of the minor K.V.B., all parties bear
7  their own attorneys' fees and costs.
8      IT IS SO ORDERED.

10  DATED: March 17, 2014.  _____
                                    MICHAEL W. FITZGERALD
                                    United States District Judge